IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER THOMAS STEPHENSON,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:08-CR-429 TS |

This matter is before the Court for consideration of Defendant's Motion for Early Termination of Supervised Release.[1] For the reasons discussed below, the Court will grant the Motion.

I. BACKGROUND

Defendant was indicted, on July 2, 2008, on one count of transmitting a threat in interstate commerce in violation of 18 U.S.C. § 875(c). Defendant was sentenced on March 17, 2009, to a period of time served, to be followed by a 36-month term of supervised release.

---

[1]Docket No. 38.

1

Defendant now moves to terminate that supervision. The government has indicated that it does not object to the Motion.

In his Motion, Defendant states that he has maintained continuous employment and has received no further charges or arrests. Defendant further explains that he has had difficulty obtaining employment in his desired field because of his conviction and supervision status. Consultation with Defendant's supervising officer confirms that Defendant has remained compliant with the terms of his supervised release.

## II.  DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, reviewed the docket and case file, and consulted with Defendant's supervising officer, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## III.  CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 38) is GRANTED. It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

SO ORDERED.

DATED   January 6, 2011.

BY THE COURT:

_____
TED STEWART
United States District Judge